IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–13–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TYREECE KINGSLEY DUNBAR, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 85.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Tyreece Kingsley Dunbar is charged with one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (Count 1), one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count 2), one count of

prohibited person in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1) (Count 3), and one count of obstructing justice by attempted witness tampering, in violation of 18 U.S.C. §1512(b)(1) (Count 4), as set forth in the Superseding Indictment. (Doc. 40.) Judge DeSoto recommends that this Court accept Dunbar's guilty plea as to Counts 1 and 2 after Dunbar appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 85) is ADOPTED in full.

IT IS FURTHER ORDERED that Dunbar's motion to change plea (Doc. 76) is GRANTED.

IT IS FURTHER ORDERED that Tyreece Kingsley Dunbar is adjudged guilty as charged in Counts 1 and 2 of the Superseding Indictment.

DATED this 18th day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court