IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–13–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| TYREECE KINGSLEY DUNBAR, | |
| Defendant. | |

Before the Court is the United States of America's Motion for Preliminary Order of Forfeiture. (Doc. 87.) Defendant Tyreece Kingsley Dunbar has been adjudged guilty as charged in Counts 1 and 2 of the Superseding Indictment and has admitted to its forfeiture allegation. (Docs. 89.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1)–(2), and § 881(a)(11), 18 U.S.C. § 924(d). Accordingly, IT IS ORDERED that the motion (Doc. 87) is GRANTED:

IT IS FURTHER ORDERED that Dunbar's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1)–(2), and § 881(a)(11), 18 U.S.C. § 924(d):

- Ruger SR40 pistol S/N: 342-79219
- $17.41 US currency • Opax Card Reader
- Expressif Device Box and Card
- Samsung A15 Cell Phone with Black Case

- Point Blank Body Armor Size 38R
- 25 Rounds of .40 caliber ammunition in a box of ammo
- 16 rounds of .40 caliber ammunition
- Any associated ammunition and accessories.

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to any third parties with a potential legal interest in any of the above-described property, and will also post notice on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 18th day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court