IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–13–M–DLC |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| TYREECE KINGSLEY DUNBAR, | |
| Defendant. | |

Before the Court is the United States of America's unopposed motion for final order of forfeiture (Doc. 92), pursuant to Federal Rule of Criminal Procedure 32.2(c).

1.      The United States commenced forfeiture in this action pursuant to 21 U.S.C. §§ 853(a)(1)–(2), and § 881(a)(11), 18 U.S.C. § 924(d).

2.      A preliminary order of forfeiture was entered on February 18, 2026, that forfeited the Defendant's interest.  (Doc. 90.)

3.      All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).  (Doc. 91.)

4.      It appears there is cause to issue a final order of forfeiture for the property listed within this order under Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.    The motion for final order of forfeiture (Doc 92) is GRANTED.

2.    The following property is finally forfeited to the United States

pursuant to 21 U.S.C. §§ 853(a)(1)–(2), and § 881(a)(11), 18 U.S.C. § 924(d), free

from the claims of any other party, the following property:

- Ruger SR40 pistol S/N: 342-79219
- $17.41 US currency
- Opax Card Reader
- Expressif Device Box and Card
- Samsung A15 Cell Phone with Black Case
- Point Blank Body Armor Size 38R
- 25 Rounds of .40 caliber ammunition in a box of ammo
- 16 rounds of .40 caliber ammunition
- Any associated ammunition and accessories.

3.    The United States has full and legal title to the forfeited property and

may dispose of it in accordance with law.

DATED this 7th day of May, 2026.

Dana L. Christensen, District Judge
United States District Court