IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–13–M–DLC |
| Plaintiff, | |
| vs. | AMENDED ORDER |
| TYREECE KINGSLEY DUNBAR, | |
| Defendant. | |

Defendant Tyreece Kingsley Dunbar having moved unopposed to continue sentencing in this matter,

IT IS ORDERED that the motion (Doc. 98) is GRANTED.  Dunbar must present his PSR objections to the probation office on or before July 10, 2026.  The final PSR is due to the Court on July 22, 2026.  Sentencing memoranda shall be filed on or before July 29, 2026.  Witness notification, Letters of Support and Response to Sentencing Memoranda shall be filed on or before August 5, 2026. In all other respects, the February 2, 2026 sentencing order, (Doc. 86), remains in full force and effect.

DATED this 5th day of June, 2026.

Dana L. Christensen, District Judge
United States District Court