IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TYREECE KINGSLEY DUNBAR,

Defendant.

CR 25–13–M–DLC

ORDER

Before the Court is the Government's opposed motion to allow video testimony. For good cause appearing,

IT IS ORDERED that the motion (Doc. 115) is GRANTED. Steven Aliyetti may appear via video at the August 26, 2026 hearing in the above-captioned matter.

Dated this 25th day of August 2026.

Dana L. Christensen, District Judge
United States District Court